# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRIANNE A. MALNAR,

        Plaintiff,

        v.                  Case No. 25-CV-1165

FRANK J. BISIGNANO,
Commissioner Of Social Security,

        Defendant.

## ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

The plaintiff Brianne A Malnar recently filed a complaint against the Commissioner of the Social Security Administration. Accompanying Malnar's complaint was a Request to Proceed in District Court without Prepaying the Filing Fee.

Having reviewed this motion, the court concludes that Malnar lacks the resources to pay the filing fee. Accordingly, Malnar's Request to Proceed in District Court without Prepaying the Filing Fee is **granted**.

Moreover, the court concludes that, at this time, Malnar's complaint is not subject to dismissal under 28 U.S.C. § 1915(e)(2). Therefore, the Clerk shall serve the Commissioner.

This matter shall proceed in accordance with the schedule set forth in the briefing letter the Clerk of Court shall issue promptly.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 20th day of August, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge
