## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BRIANNE A. MALNAR,

    Plaintiff,

Case No. 2:25-cv-01165

v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

## ORDER

This matter is before the court on the parties' Stipulated Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 22), and the Court being duly advised, now **GRANTS** the motion.

**IT IS THEREFORE ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the court's order, the Appeals Council will remand the matter to an administrative law judge with instructions to offer Plaintiff the opportunity for a hearing; proceed through the sequential disability evaluation process as appropriate; obtain supplemental vocational expert testimony if warranted; and issue a new decision.

Dated at Green Bay, Wisconsin this 4th day of March, 2026.

                                            *s/ Byron B. Conway*
                                            BYRON B. CONWAY
                                            U.S. District Judge